UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS REEB,

          Plaintiff,

v.

ALRO STEEL CORPORATION,

          Defendant.
_____/

Case No. 2:21-cv-12545

HONORABLE STEPHEN J. MURPHY, III

**ORDER STAYING AND**
**ADMINISTRATIVELY CLOSING THE CASE**

The parties filed a joint status report and explained that they "were able to reach a settlement in principle to resolve all claims." ECF 39, PgID 1954. The parties also confirmed that they "anticipate executing a Settlement Agreement to be submitted for Court approval on or before November 30, 2022." *Id.* Accordingly, the parties "request[ed] that further proceeding in this matter be stayed through November 30, 2022." *Id.*

Upon settlement, the Court's usual practice is to close the case without prejudice because there is no longer a case or controversy between the parties. But the present case is a putative collective action under the Fair Labor Standards Act (FLSA), and "district courts in our Circuit regularly find that the FLSA context counsels in favor of courts approving settlements." *Athan v. U.S. Steel Corp.*, 523 F. Supp. 3d 960, 964–65 (E.D. Mich. 2021) (collecting cases). Thus, the Court will not dismiss the case until it approves the parties' settlement agreement. The Court will,

1

however, grant the parties' request to stay the case through November 30, 2022. The Court will thus order the Clerk of the Court to stay and administratively close the case. The parties may file the proposed settlement agreement for the Court's approval while the case is stayed and administratively closed. The Court will lift the stay after the parties file the proposed settlement agreement.

**WHEREFORE**, it is hereby **ORDERED** that the Clerk of the Court must **STAY** and **ADMINISTRATIVELY CLOSE** the case.

**IT IS FURTHER ORDERED** that the Parties must **FILE** their proposed settlement agreement **no later than November 30, 2022**.

SO ORDERED.

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 15, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 15, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager