UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DENNIS REEB,

    Plaintiff,

v.

ALRO STEEL CORPORATION,

    Defendant.
_____/

Case No. 2:21-cv-12545

HONORABLE STEPHEN J. MURPHY, III

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated December 16, 2022, Plaintiff's claims are dismissed with prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ D. Parker
Deputy Clerk

Dated: December 16, 2022

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2022, by electronic and/or ordinary mail.

s/ David P. Parker
Case Manager